IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION § | |
| § | |
| VS. § | Civil Action No.: 2:03cv459 |
| § | |
| MAGTEK, INC., f/k/a § | |
| MAG-TEK, INC. § | |

## NOTICE OF 2-23-06 SUPPLEMENTAL DISCLOSURES OF PLAINTIFF

COMES NOW Plaintiff, DataTreasury Corporation, and files its Notice of 2-23-06 Supplemental Disclosures of Plaintiff, and states that pursuant to FED. R. CIV. P. 26(e), Plaintiff has served its Supplemental Disclosures on Defendant, MagTek, Inc., f/k/a Mag-Tek, Inc. on February 23, 2006.

Respectfully submitted,

Edward L. Hohn
Attorney-in-Charge
State Bar No. 09813240
D. Neil Smith
State Bar No. 00797450
Nix, Patterson & Roach, LLP
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333
903.645.4415 (facsimile)
edhohn@nixlawfirm.com
dnsmith@nixlawfirm.com

C. Cary Patterson
State Bar No. 15587000
Anthony K. Bruster
State Bar No. 24036280
Nix Patterson & Roach, L.L.P.
2900 St. Michael Drive, Ste. 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com


Rod A. Cooper
State Bar No. 90001628
The Cooper Law Firm
545 E. John Carpenter Freeway,
Suite 1460
Irving, Texas 75062
972.831.1188
972.692.5445
*rcooper@cooperiplaw.com*

Joe Kendall
State Bar No. 11260700
Karl Rupp
State Bar No. 24035243
PROVOST * UMPHREY
3232 McKinney, Suite 700
Dallas, Texas 75204
214.744.3000
214.744.3015 (facsimile)
*jkendall@provostumphrey.com*
*krupp@provostumphrey.com*

T. John Ward, Jr.
State Bar No. 00794818
LAW OFFICE OF T. JOHN WARD, JR., P.C.
P.O. Box 1231
Longview, Texas 75601
903.757.6400 (telephone)
903.757.2323 (facsimile)
*jw@jwfirm.com*

Eric M. Albritton
State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
*eme@emafirm.com*

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on all counsel of record on this 23rd day of February, 2006.

_____
Edward L. Hohn