IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORPORATION §<br>    *Plaintiff* §<br> §<br>vs. §<br> §<br>MAGTEK, INC., f/k/a §<br>MAG-TEK, INC. §<br>    *Defendant* § | CIVIL ACTION NO: 2:03cv459<br>(DF) |

## PLAINTIFF'S NOTICE OF DESIGNATION OF EXPERT WITNESSES

COMES NOW, Plaintiff, DATATREASURY CORPORATION, and files its Notice of Designation of Expert Witnesses and states that pursuant to the Court's Scheduling Order, counsel for Defendant, MagTek, Inc., has been provided a copy of same.

Respectfully submitted,

EDWARD L. VON HOHN, Attorney in Charge
State Bar No. 09813240
NIX PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.4415 (facsimile)
edhohn@nixlawfirm.com

C. CARY PATTERSON
State Bar No. 15587000
BRADY PADDOCK
State Bar No. 00791394
ANTHONY BRUSTER
State Bar No. 24036280
R. BENJAMIN KING
State Bar No. 24048592
NIX PATTERSON & ROACH L.L.P.
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

JOE KENDALL
State Bar No. 11260700
KARL RUPP
State Bar No. 24035243
PROVOST * UMPHREY, L.L.P.
3232 McKinney Avenue, Ste. 700
Dallas, Texas 75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@provostumphrey.com
krupp@provostumphrey.com

ROD COOPER
State Bar No. 90001628
THE COOPER LAW FIRM
545 E. John Carpenter Frwy., Ste. 1460
Irving, Texas 75062
972.831.1188 (telephone)
972.692.5445 (facsimile)
rcooper@cooperiplaw.com

ERIC M. ALBRITTON
State Bar ;No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com

T. JOHN WARD, JR.
State Bar No. 00794818
LAW OFFICE OF T. JOHN WARD, JR.
P.O. Box 1231
Longview, Texas 75601
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record, via electronic transmission, on this 24th day of July, 2006.

_____
Edward Lewis von Hohn