UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DATATREASURY CORP.<br><br>      Plaintiff(s),<br><br>vs.<br><br>MAGTEK, INC.<br><br>      Defendant(s). | Case No. No. 2-03CV-459 (DF) |

**DEFENDANT MAGTEK, INC.'S NOTICE OF
DESIGNATION OF INDEPENDENT EXPERTS**

    COMES NOW Defendant Magtek, Inc. ("Magtek") and files its Notice of Designation of Independent Experts and states that pursuant to the Court's Scheduling Order, counsel for Plaintiff, DataTreasury Corporation, have been provided a copy of same.

DATED: July 24, 2006                    Respectfully submitted,

                                                        By   /s/ David A. Dillard
                                                              David A. Dillard (CA Bar No. 97515)

                                                        **CHRISTIE, PARKER & HALE, LLP
                                                        350 West Colorado Blvd., Suite 500
                                                        Post Office Box 7068
                                                         Pasadena, California 91109-7068
                                                        Phn: (626) 795-9900
                                                         Fax: 626-577-8800**

                                                         Attorneys for Defendant,
                                                         MAGTEK, INC.

-2-

>
> Otis Carroll, Esq.
> J. Wesley Hill, Esq.
>
> **IRELAND, CARROLL & KELLEY, P.C.**
> **6101 South Broadway, Suite 500**
> **P. O. Box 7879**
> **Tyler, Texas 75711**
> **Phn: (903) 561-1600**
> **Fax: (903) 581-1071**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 24th day of July, 2006.

                                                /s/ David A. Dillard

PM PAS692805.1-*-07/24/06 5:25 PM