IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION, § | | |
| *Plaintiff* § | No. 2:03-cv-00459-DF | |
| § | | |
| § | Hon. David Folsom | |
| v. § | Hon. Caroline Craven | |
| § | | |
| MAGTEK, INC., f/k/a/ MAG-TEK, INC., § | Jury | |
| *Defendant*. § | | |

DATATREASURY CORPORATION'S MOTION TO EXCLUDE WITNESSES
TENDERED AS EXPERTS BY MAGTEK, INC. PURSUANT TO FED. R. EVID. 702
AND FOR A HEARING ON ADMISSIBILITY PURSUANT TO FED. R. EVID. 104

COMES NOW Plaintiff herein, DataTreasury Corporation ("DataTreasury"), and files this Motion to Exclude Witnesses Tendered by Magtek, Inc. ("Magtek") Pursuant to Fed. R. Evid. 702 and for a Hearing on Admissibility Pursuant to Fed. R. Evid. 104. In support wherefore, DataTreasury shows as follows:

(1) Fed. R. Evid. 702 provides that:

> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case.

(2) The United States Supreme Court closely examined the question of the trial court's "gatekeeping function" in the area of expert witnesses in *Daubert v. MerrellDow Pharms., Inc.,* 509 U.S. 579 (1993). The Court held that "[f]aced with a proffer of expert scientific testimony … the trial judge must determine at the outset whether the expert is proposing to testify to (1) scientific knowledge that (2) will assist the trier of fact to understand or determine a fact in issue. This

    entails a preliminary assessment of whether the reasoning or methodology properly can be applied to the facts in issue..” *Id.* at 592.

(3) In *Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 141 (1999), the Court made clear that the same "gatekeeping" function, and the same approach, applies to proposed expert testimony based on "technical" or "other specialized" knowledge.

(4) The witnesses proffered by Magtek fail these tests, and must be precluded from testifying at trial. Because the parties have repeatedly agreed to adjust the scheduling order in this case, the depositions of these witnesses have not yet been taken, but will shortly. The full measure of these witnesses' susceptibility to being stricken under Fed. R. Evid. 702 accordingly remains to be seen, but will be known soon. DataTreasury reserves the right to supplement the instant challenge to testimony by these proposed witnesses upon completion of their depositions.

WHEREFORE, DataTreasury respectfully requests that the Court schedule an evidentiary hearing pursuant to Fed. R. Evid. 104 as to the admissibility of the testimony of those witnesses designated as experts by Magtek, or address this matter during the pretrial conference of this cause, and that following such hearing, the Court enter an Order precluding the proposed testimony of these witnesses.

...

Respectfully submitted,

BY: //ss// Karl A. Rupp

**EDWARD L. HOHN**
Texas State Bar Number: 09813240
edhohn@nixlawfirm.com
**D. NEIL SMITH**
Texas State Bar Number: 00797450
dnsmith@nixlawfirm.com
**NIX, PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, Texas 75638
Telephone: 903.645.7333
Facsimile: 903.645.4415

**C. CARY PATTERSON**
Texas Bar No. 15587000
**ANTHONY K. BRUSTER**
Texas State Bar Number: 24036280
akbruster@nixlawfirm.com
**BRADY PADDOCK**
Texas State Bar Number: 00791394
bpaddock@nixlawfirm.com
**R. BENJAMIN KING**
Texas Bar No. 24048592
benking@nixlawfirm.com
**NIX, PATTERON & ROACH, LLP**
2600 St. Michael Drive, Suite 500
Texarkana, Texas 75503
Telephone: 903.223.3999
Facsimile: 903.223.8520

**JOE KENDALL**
Texas Bar No. 11260700
jkendall@provostumphrey.com
**KARL RUPP**
Texas Bar No. 24035243
krupp@provostumphrey.com
**PROVOST UMPHREY, LLP**
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: 214.774.3000
Facsimile: 214.744.3015

**ROD COOPER**
rcooper@cooperiplaw.com
**THE COOPER LAW FIRM**
5215 N. O'Connor Blvd.
Suite 1900
Irving, Texas 75039
Telephone: 972.831.1188
Facsimile: 972.692.5445

**ERIC M. ALBRITTON**
Texas Bar No. 00790215
ema@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: 903.757.8449
Facsimile: 903.758.7397

**T. JOHN WARD, JR.**
Texas Bar No. 00794818
jw@jwfirm.com
**LAW OFFICES OF T. JOHN WARD, JR. PC**
P.O. Box 1231
Longview, Texas 75606
Telephone: 903.757.6400
Facsimile: 903.757.2323

**ATTORNEYS FOR PLAINTIFF DATATREASURY CORPORATION**