IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATREASURY CORPORATION | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: 2:03cv459 |
| | § | (DF) |
| MAGTEK, INC., f/k/a | § | |
| MAG-TEK, INC. | § | |
| *Defendant* | § | |

## DATATREASURY'S TRIAL WITNESS LIST

DataTreasury Corporation serves this its List of Potential Trial Witnesses, and would designate the following individuals as potential and/or expected witnesses in this matter.  All of the following witnesses have been previously disclosed by name and address, and most have been deposed.  An asterisk identifies a witness that DataTreasury intends to call at trial:

1.    Mr. Claudio Ballard*

2.    Mr. Keith Delucia*

3.    Mr. Nick Avena*

4.    Mr. Brian Huempfner*

5.    Ms. Nicole Onorato*

6.    Mr. Bill Randle*

7.    Mr. Charlie Parks*

8.    Ms. Virginia Lupoli*

9.      Mr. Peter Lupoli*

10.     Mr. Mark Taylor

11.     Mr. Chris Bokhart*

12.     Mr. John Hiles*

13.     Mr. Alan Fanucci

14.     MagTek Inc. Corporate Representative(s) (live and/or by deposition)

15.     Mr. Joe Gazzillo* (by deposition)

16.     Mr. Steve Bruno* (by deposition)

17.     Mr. Adam Hakimi* (by deposition)

18.     Ms. Mimi Hart* (by deposition)

19.     Mr. Carlos Morales* (by deposition)

20.     Ms. Sarah Irato* (by deposition)

21.     Mr. Jack Chao* (by deposition)

22.     Mr. Andy Diegnan* (by deposition)

23.     Mr. Jeff Duncan* (by deposition)

24.     Ms. Liza MacKinnon* (by deposition)

25.     Mr. John Arato* (by deposition)

26.     Mr. Larry Meyers* (by deposition)

27.     Mr. Lou Struett* (by deposition)

28.     Mr. Jimmy Upton* (by deposition)

29.     Mr. Neil Marcous* (by deposition)

30.     Mr. Scot Reader* (by deposition)

31.     Mr. Shekar Viswanathan* (by deposition)

32.     Corporate Representative of Ameracash Corporation* (by deposition)

33.     Corporate Representative of Creative Payment Solutions

34.     Corporate Representative of Ingram-Micro

35.     Corporate Representative The Money Box* (by deposition)

36.     Mr. Rod Cooper, Esq. (regarding attorney's fees and costs)

DataTreasury also reserves the right to call at trial: (1) any witnesses designated by MagTek; (2) any witness necessary to authenticate any document; and (3) any previous witness designated or deposed by either party at any time. Plaintiff reserves the right to elicit fact and/or opinion testimony from any witness designated or identified by Defendants, and to update or amend this list of witnesses as necessary at a later time.

Respectfully submitted,


___/s/Anthony Bruster_____
EDWARD CHIN
State Bar No. 50511688
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Ste.1900
Irving, Texas 75039
972.831.1188; 972.444.0716
edchin@nixlawfirm.com

EDWARD HOHN
State Bar No. 09813240
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas  75638
903.645.7333; 903.645.4415
edhohn@nixlawfirm.com

C.  CARY PATTERSON
State Bar No. 15587000
BRADY PADDOCK
State Bar No. 00791394
ANTHONY BRUSTER
State Bar No. 24036280
R. BENJAMIN KING
State Bar No. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas  75503
903.223.3999; 903.223.8520
akbruster@nixlawfirm.com
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**JOE KENDALL**
State Bar No. 11260700
**KARL RUPP**
State Bar No. 24035243
**PROVOST * UMPHREY, L.L.P.**
3232 McKinney Avenue, Ste. 700
Dallas, Texas  75204
214.744.3000; 214.744.3015
jkendall@provostumphrey.com
krupp@provostumphrey.com

**ROD COOPER**
State Bar No.  90001628
**THE COOPER LAW FIRM**
c/o **NIX PATTERSON  & ROACH LLP**
5215 N. O'Connor Blvd. Ste. 1900
Irving, Texas  75039
972.831.1188; 972.692.5445
rcooper@cooperiplaw.com

**ERIC M.  ALBRITTON**
State Bar ;No. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas  75606
903.757.8449; 903.758.7397
ema@emafirm.com

**T. JOHN WARD, JR.**
State Bar No. 00794818
**LAW OFFICE OF T. JOHN WARD, JR.**
P.O. Box 1231
Longview, Texas  75601
903.757.6400; 903.757.2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the 5th day of September, 2006 as follows:

**[Via E-Mail]**
David Dillard
Christie, Parker & Hale, LLP
350 W. Colorado Boulevard, Suite 500
Pasadena, California 91105
626.795.9900; 626.577.8800
david.dillard@cph.com

**[Via E-Mail]**
Otis Carroll
Texas Bar No. 03895700
Wesley Hill
Texas Bar No. 24032294
Ireland Carroll & Kelley, P.C.
6101 South Broadway Ave., Ste. 500
Tyler, Texas 75703
903.561.1600; 903.581.1071
fedserv@icklaw.com

_____/s/ Anthony Bruster_____
ANTHONY K. BRUSTER